USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
A.F., et al.,

                Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
---------------------------------------------------------X

20-cv-6841 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: May 10, 2021
       New York, New York

                                         Vernon S. Broderick
                                         United States District Judge